# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** MICHAEL CAPORALI
**Case Number:** 16-23939-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, APRIL 27, 2017 10:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

RECEIVED 2017 APR 28 P 2:40
CLERK U.S. BANKRUPTCY COURT PITTSBURGH

### Matter:

#11 - Continued Confirmation of Plan Dated 11/12/2016 (NFC)
R / M #:  11 / 0

### Appearances:

Debtor: Willis
Trustee: Winnecour / Bedford / Pail / **Katz**
Creditor:

*No unsecured claims filed.*

*No indication of whether Debtor is current on tax returns.*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 6/14/17 at 9:00 AM
10. _____ Other:

*Contested because Debtor not providing requested info. In addition, only two payments to date.*

*2014 & 2016 tax returns had been requested. In addition, no operating reports.*

4/20/2017   1:54:32PM