Case 16-23939-GLT    Doc 33    Filed 06/15/17    Entered 06/15/17 11:51:00    Desc Main
Document    Page 1 of 1

FILED
6/15/17 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-23939-GLT |
| | : | Chapter: | 13 |
| Michael Caporali | : | | |
| | : | | |
| | : | Date: | 6/14/2017 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

*MATTER:*  #11 - Contested Confirmation of Plan Dated 11/12/2016 (NFC)

*APPEARANCES:*

    Debtor:    Lawrence W. Willis
    Trustee:    Richard Bedford

*NOTES:*

Bedford - At the 341 meeting, the Debtor represented that he earned about $2,000/month from side jobs. Asked the Debtor to submit monthly operating reports, the business questionnaire, and requested copies of the Debtor's tax returns to verify his income. The Debtor is not making regular payments. Three payments made in the life of the case. Debtor is making payments every other month at the original payment amount which was increased in an interim confirmation order. The trustee requests dismissal of the case.

Willis - Debtor has not responded to requests from counsel. No defense to dismissal.

Court - Will issue a notice of the trustee's oral motion to dismiss. If the Debtor responds to the motion, expects that the tax returns, operating reports, and business questionnaire be provided to the trustee.

*OUTCOME:*

1. Notice of Oral Motion to Dismiss to be issued. (Chambers to prepare).
2. Debtor to supply copies of the filed 2014 and 2016 income tax returns and any required operating reports to the chapter 13 trustee within 21 days. (Text Order to issue).

*DATED:* 6/14/2017