Case 16-23939-GLT    Doc 39    Filed 07/08/17    Entered 07/09/17 00:55:17    Desc Imaged
Certificate of Notice    Page 1 of 3

FILED
7/6/17 9:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :   Case No. 16-23939-GLT
MICHAEL CAPORALI,                               :   Chapter 13
                                                :
            Debtor.                             :
                                                :

## ORDER DISMISSING CASE WITHOUT
## PREJUDICE AND TERMINATING WAGE ATTACHMENT

**AND NOW**, an oral motion (the "Motion") to dismiss this case having been made by the Chapter 13 Trustee (the "Trustee"), and notice of the Motion having been given and no response or objection having been filed, it is hereby **ORDERED, ADJUDGED AND DECREED that**:

1. The above-captioned case is **DISMISSED without prejudice**. The Debtor(s) remain(s) legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349. Creditors are directed to 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs or 30 days after the date of this Order, whichever is later.

2. Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this Order on such employer and entity.

3. The Court retains jurisdiction over the Trustee's final report and account and the Trustee's certificate of distributed funds.. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further Order of Court.

4. The Clerk of Court shall give notice to all creditors of this dismissal

5. The Trustee shall pay any residual balance owed for the no-look fee from available funds to the Debtor's attorney.

Dated: _July 6, 2017___

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to mail to:
All Creditors and Parties in Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-23939-GLT
Michael Caporali                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: aala              Page 1 of 2         Date Rcvd: Jul 06, 2017
                            Form ID: pdf900         Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2017.
```
db              +Michael Caporali,    2039 Red Barn Rd,    New Kensington, PA 15068-5123
14309489        +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
14321481        +Central Valley Fcu,    706 5th Ave,    New Kensington, PA 15068-6302
14309496        +MILSTEAD & ASSOCIATES LLC,    WILLIAMS ROBERT W ESQUIRE,    1 E. STOW ROAD,
                  Marlton, NJ 08053-3118
14336788       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
                  PO Box 619096,    Dallas, TX 75261-9741)
14309499        +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
14309501        +Unvl/citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14309488        +E-mail/Text: EBNProcessing@afni.com Jul 07 2017 01:38:31     Afni, Inc.,   Po Box 3097,
                  Bloomington, IL 61702-3097
14309500        +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2017 01:34:03     Syncb/dks,   Po Box 965005,
                  Orlando, FL 32896-5005
                                                                                              TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               NATIONSTAR MORTGAGE LLC
cr               Nationstar Mortgage LLC
14309493         Central Valley Fcu
14309494         Central Valley Fcu
14309495         Central Valley Fcu
14309490         Central Valley Fcu
14309491         Central Valley Fcu
14309492         Central Valley Fcu
14321480*       +Afni, Inc.,    Po Box 3097,    Bloomington, IL 61702-3097
14321482*       +MILSTEAD & ASSOCIATES LLC,    WILLIAMS ROBERT W ESQUIRE,    1 E. STOW ROAD,
                  Marlton, NJ 08053-3118
14309498*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage Ll,    350 Highland Dr,   Lewisville, TX 75067)
14321483*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage Ll,    350 Highland Dr,   Lewisville, TX 75067)
14309497       ##+Milstead & Associates LLC,    220 Lake Drive East Suite 301,    Cherry Hill, NJ 08002-1165
                                                                                   TOTALS: 8, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2017 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Michael  Caporali help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2          User: aala              Page 2 of 2           Date Rcvd: Jul 06, 2017
                              Form ID: pdf900         Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                     TOTAL: 5