**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MICHAEL CAPORALI

        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:16-23939 GLT

Document No.:

---

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 10/21/2016  and confirmed on 02/02/2017 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,548.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,548.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,801.39 | |
|    Trustee Fee | 157.88 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,959.27 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 1,588.73 | 0.00 | 1,588.73 |
|     Acct: 9936 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 16,634.29 | 0.00 | 0.00 | 0.00 |
|     Acct: 9936 | | | | |
| | | | | 1,588.73 |
| Priority | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL CAPORALI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 3,000.00 | 1,801.39 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

* * * N O N E * * *

| 16-23939 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | MATTHEW C WALDT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1566 | | | | |
| | CENTRAL VALLEY FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9103 | | | | |
| | ROBERT W WILLIAMS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | 1,588.73 |
|---|---|---|

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 16,634.29 |
| UNSECURED | 0.00 |

Date: 08/23/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com